UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN K. BOULB,

   Plaintiff,

v.

STEVE WELBY,
ROBERT PALMER

   Defendants.

Case No. 23-cr-00757-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Brian K. Boulb's complaint against defendants Steve Welby and Robert Palmer is **DISMISSED** with prejudice.

DATED: April 19, 2023

MONICA A. STUMP, Clerk of Court
s/ Tina Gray, Deputy Clerk

Approved:    s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**